HENRY O. KENYON, Appellant, *v.* JOHN F. LUTHER et al.,
Respondents.

(Submitted February 12, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made April 29, 1890, which affirmed a judgment in favor of
defendant entered upon a verdict.

*Porter & Walts* for appellant.

*Watson M. Rogers* and *Elon R. Brown* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.